United States Court of Appeals
Fifth Circuit

**F I L E D**

**March 24, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 04-10926
Summary Calendar

TONY ROBERT DAVIS,

Petitioner-Appellant,

versus

K. J. WENDT,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CV-1466-G
--------------------

Before JONES, Chief Judge, and WIENER and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Tony Robert Davis, federal prisoner # 68917-080, seeks to challenge by means of a 28 U.S.C. § 2241 petition his conviction for conspiracy, wire fraud, transporting contraband, defrauding the United States, money laundering, and aiding and abetting. Davis's § 2241 petition makes no claims that are cognizable in a § 2241 petition. See Reyes-Requena v. United States, 243 F.3d 893, 904 (5th Cir. 2001); Pack v. Yusuff, 218 F.3d 448, 451 (5th Cir. 2000).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Davis's appeal is without arguable merit and is thus frivolous. See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983). Because the appeal is frivolous, it is hereby dismissed. See 5TH CIR. R. 42.2. Davis is warned that further frivolous filings will result in the imposition of sanctions.

APPEAL DISMISSED; SANCTION WARNING ISSUED; ALL OUTSTANDING MOTIONS DENIED.

2